870 A.2d 318

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Adam EIDINGER, Respondent.**

Supreme Court of Pennsylvania.

March 2, 2005.

### *ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of March, 2005, the Petition for Allowance of Appeal is **GRANTED,** the Order of the Superior Court is **AFFIRMED,** inasmuch as it affirms respondent's judgment of sentence. In all other aspects, the Order of the Superior Court is **REVERSED.** *See Reilly by Reilly v. SEPTA,* 507 Pa. 204, 489 A.2d 1291 (1985). Jurisdiction relinquished.